UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERNEST ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| SIDNEY DORSEY, Sheriff of DeKalb County; DeKalb County, Georgia; OFFICER HILL, OFFICER ROBINSON, and SGT. MILLER, Detention Officers And NURSE SOLOMON, and CORRECTIONAL HEALTH CARE SOLUTIONS, INC., | ) FILE NO. 1:02-CV-2565CC ) ) ) ) ) CHANGE OF ADDRESS ) |
| Defendants. | ) |

W. Wright Mitchell, attorney for County Defendants, hereby files this Notice of Change of Address.

Effective as of the date of this filing all pleadings, notices, communications and other documents in this matter should be addressed as follows:

> W. Wright Mitchell
> Miller, Hamilton, Snider & Odom, L.L.C.
> 1175 Peachtree Street, N.E.
> 100 Colony Square, Suite 1920
> Atlanta, Georgia  30361
> Tel: (404) 602-3719
> Fax: (404) 602-3777

Respectfully submitted this 7th day of April, 2004.

W. Wright Mitchell
Georgia Bar No. 513680
**MILLER, HAMILTON, SNIDER & ODOM, L.L.C.**
1175 Peachtree Street, N.E.
100 Colony Square, Suite 1920
Atlanta, Georgia 30361
Telephone:  (404) 602-3719
Facsimile:  (404) 602-3777
**ATTORNEY FOR COUNTY DEFENDANTS**

39

I further certify that the **Change of Address** complies with the requirements of Local Rule 5.1B and was prepared in Courier New Font, 12 point type.

This \_\_\_7th\_\_\_ day of April, 2004.

/s/ W. Wright Mitchell
W. Wright Mitchell
Georgia Bar No. 513680
**MILLER, HAMILTON, SNIDER & ODOM, L.L.C.**
1175 Peachtree Street, N.E.
100 Colony Square, Suite 1920
Atlanta, Georgia 30361
Telephone:  (404) 602-3719
Facsimile:  (404) 602-3777
**ATTORNEY FOR COUNTY DEFENDANTS**